**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Mark L. SIMONS, Defendant–**
**Appellant.**

**No. 00–4571.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2001.

Decided March 19, 2001.

Marvin D. Miller, Law Offices of Marvin D. Miller, Alexandria, VA, for appellant. Helen F. Fahey, United States Attorney, G. David Hackney, Assistant United States Attorney, Alexandria, VA, for appellee.

Before WILKINS and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judges.

PER CURIAM.

This case is before us on appeal of the district court's decision on remand as to whether government agents intentionally and deliberately disregarded the notice provisions of Fed.R.Crim.P. 41(d) such that the motion to suppress filed by Mark L. Simons should be granted. *See United States v. Simons,* 206 F.3d 392 (4th Cir. 2000). On remand, the district court heard evidence and had the opportunity to assess the credibility of the witnesses as to the pertinent issue. The district court concluded that the government's violation of Rule 41(d) in this case was, at most, negligent.

We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm the district court's decision. We dispense with

oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*